USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAURA BERNHEIM,

        Plaintiff,

  -v-

NEW YORK CITY DEPARTMENT OF
EDUCATION; ANNELISE FALZONE, *Field Supervisor;* JAMES QUAIL, *Field Supervisor,*

        Defendants.
------------------------------------------------------------X

**ORDER**

19-CV-9723 (VEC) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

      By order of reference dated February 5, 2020 (Dkt. No. 17), Judge Caproni referred this case to me for general pretrial supervision and a report and recommendation on Defendants' partial motion to dismiss. Defendants moved to dismiss the complaint as against Defendants Department of Education and James Quail on February 3, 2020 (Dkt. No. 12). On February 24, 2020, the Court granted Ms. Bernheim an extension of time to March 6, 2020 to respond to Defendants' motion (Dkt. No. 20). To date, Ms. Bernheim has not filed a response. However, in light of the deferred mediation, the Court will grant Ms. Bernheim, who is unrepresented, until May 22, 2020 to file a response to Defendants' motion. If Ms. Bernheim does not file a response by that date, the Court will consider the motion unopposed. If she files a response, Defendants shall have until June 5, 2020 to file any reply papers.

      **SO ORDERED.**

Dated: April 22, 2020
       New York, New York

                                      _____
                                      JAMES L. COTT
                                      United States Magistrate Judge

A copy of this Order was mailed by chambers and emailed to:

     Laura Bernheim
     6 Mt. Airy Road East
     Croton-on-Hudson, NY 10520
     lcbcroton10520@gmail.com