USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/24/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| LAURA BERNHEIM, | |
| Plaintiff, | **ORDER** |
| -v- | 19-CV-9723 (VEC) (JLC) |
| NEW YORK CITY DEPARTMENT OF EDUCATION; ANNELISE FALZONE, *Field Supervisor;* JAMES QUAIL, *Field Supervisor*, | |
| Defendants. | |

-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

By Order dated April 22, 2020 (Dkt. No. 23), the Court granted Ms. Bernheim, who is unrepresented, until May 22, 2020 to oppose the motion to dismiss filed by Defendants New York City Department of Education and James Quail (Dkt. No. 12). On April 23, 2020, Defendant Annelisse Falzone separately moved to dismiss the complaint (Dkt. No. 25). The Court hereby directs Ms. Bernheim to file a response to both motions, if any, by May 22, 2020. If she files a response, all Defendants shall have until June 5, 2020 to file any reply papers.

**SO ORDERED.**

Dated: April 24, 2020
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

A copy of this Order was mailed by chambers and emailed to:

> Laura Bernheim
> 6 Mt. Airy Road East
> Croton-on-Hudson, NY 10520
> lcbcroton10520@gmail.com