USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAURA BERNHEIM,

           Plaintiff,

   -v-

NEW YORK CITY DEPARTMENT OF
EDUCATION, *et al*,

           Defendants.
------------------------------------------------------------X

**ORDER**

19-CV-9723 (VEC) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

Defendant New York City Department of Education moved to dismiss Bernheim's amended complaint by motion dated November 6, 2020 and served its motion by mail (Dkt. Nos. 37 & 39). Bernheim's opposition to the motion was thus due November 23, 2020. *See* Local Rule 6.1(B), (D). To date, Bernheim has failed to oppose the motion or seek an extension of time in which to do so. Accordingly, the Court extends Bernheim's time to oppose the motion to **December 15, 2020**. Defendant's reply, if any, is due by **December 22, 2020**. If no opposition is filed by December 15, the Court will consider the motion to be unopposed.

      SO ORDERED.

Dated: December 2, 2020
       New York, New York

                                            _____
                                            JAMES L. COTT
                                            United States Magistrate Judge

**A copy of this Order has been mailed to the following:**

Laura Bernheim
6 Mt. Airy Road East
Croton-on-Hudson, NY 10520