USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2021

**Brittany J. Finder**
Epstein Becker & Green, P.C.
875 Third Avenue
New York, NY 10022
(212) 351-4500
bfinder@ebglaw.com
*Attorney Seeking to Terminate Appearance*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

| | |
|---|---|
| LAURA BERNHEIM, | |
| Plaintiff, | **ORDER OF TERMINATION OF APPEARANCE OF BRITTANY J. FINDER, ESQ.** |
| – v. – | |
| NEW YORK CITY DEPARTMENT OF EDUCATION, ANNELISSE FALZONE, Field Supervisor; and JAMES QUAIL, Field Supervisor, | No. 19-CV-09723 (VEC) (JLC) |
| Defendants. | |

------------------------------------- x

I am a former Assistant Corporation Counsel in the Office of Georgia M. Pestana, Acting Corporation Counsel of the City of New York, attorney for Defendants, New York City Department of Education, Annelisse Falzone, and James Quail ("Defendants"), in the above-captioned action. I respectfully request, pursuant to Local Civil Rule 1.4, that the Court terminate my appearance as counsel for Defendants.

The Office of the Corporation Counsel has represented Defendants throughout the pendency of this action and continues to do so. *See* ECF No. 48. I appeared in this action as Lead Counsel while an attorney in the Office of the Corporation Counsel by filing a Notice of Appearance on behalf of Defendants on March 9, 2021. *See* ECF No. 46. I no longer am affiliated with the Office of the Corporation Counsel and, as such, I no longer represent Defendants in this matter.

On June 25, 2021, the Court issued a Report and Recommendation on Defendants' motion to dismiss the Amended Complaint. *See* ECF No. 46. The termination of my appearance will not affect the posture of this action before the Court. Accordingly, I respectfully request that my appearance in this action be terminated.

Dated: New York, New York
　　　　July 1, 2021

　　　　　　　　　　　　　　　　　　　　　　　　**EPSTEIN BECKER & GREEN, P.C.**

　　　　　　　　　　　　　　　　　　　　　　　　By:　/s/ *Brittany J. Finder*
　　　　　　　　　　　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　　　**Brittany J. Finder**
　　　　　　　　　　　　　　　　　　　　　　　　Epstein Becker & Green, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　875 Third Avenue
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　　　　　(212) 351-4500
　　　　　　　　　　　　　　　　　　　　　　　　bfinder@ebglaw.com
　　　　　　　　　　　　　　　　　　　　　　　　*Attorney Seeking to Terminate Appearance*

---

Application GRANTED.

The Clerk of Court is respectfully directed to terminate Brittany Finder as counsel for Defendant.

SO ORDERED.

*[signature: Valerie Caproni]*

　　　　　　　　　　Date: July 1, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---