USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAURA BERNHEIM,

                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, ANNELISSE FALZONE, *Field Supervisor*; JAMES QUAIL, *Field Supervisor*,

                Defendants.

19-CV-9723 (VEC)

**ORDER**

---

VALERIE CAPRONI, United States District Judge:

    WHEREAS on June 25, 2021, Magistrate Judge Cott entered a report and recommendation (R&R) in this matter, R&R, Dkt. 47;

    WHEREAS on July 27, 2021, the Court extended the parties' deadlines to file objections to the R&R to August 11, 2021 and to file responses to the objections to August 25, 2021, Endorsement, Dkt. 56;

    WHEREAS the Court inadvertently failed to direct the Clerk of Court to mail that endorsement to the *pro se* Plaintiff; and

    WHEREAS on July 30, 2021, Plaintiff filed objections to the R&R, Objections, Dkt. 57;

    IT IS HEREBY ORDERED that Plaintiff may file additional objections through the August 11, 2021 deadline. The Court reminds the parties that any responses to the objections are due no later than August 25, 2021.

    The Clerk of Court is respectfully directed to mail a copy of this order and the endorsement at docket entry 56 to the *pro se* Plaintiff and to note the mailing on the docket.

**SO ORDERED.**

Dated:   August 3, 2021
            New York, New York

                                              _____
                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**